IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM KING,

      Plaintiff,                      No. CIV S-87-0519 LKK JFM P

  vs.

ROBERT BORG,

      Defendant.                <u>ORDER</u>

_____/

        On October 27, 2006, Howard Leonard filed a document entitled "Petition of Ex parte Writ of Prohibition" referencing the instant action. This civil rights action was closed on October 29, 1993. However, Mr. Leonard is not a party to this action. Accordingly, Mr. Leonard's filing will be placed in the court file and disregarded. The Clerk of Court will be directed to serve a copy of this order on Howard Leonard.[1]

        IT IS HEREBY ORDERED that the October 27, 2006 filing will be disregarded; the Clerk of the Court is directed to serve a copy of this order on Howard Leonard.

DATED: November 16, 2006.

                                                      UNITED STATES MAGISTRATE JUDGE

/001; leon0519.58

---

[1] Court records reflect two pending cases filed by Howard Leonard, CIV S-06-2307 GEB KJM P and CIV S-06-2236 MCE GGH P. Neither of these cases are referred to in the instant filing.